UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ITALO MARTINEZ, Plaintiff, | : | |
| -against- | : | 26 Civ. 3301 (LGS) |
| IOB REALTY, INC. et al., Defendants. | : | ORDER |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, as set forth in the Amended Case Management Plan, the parties' joint status letter regarding discovery and the procedural history of the case was due October 23, 2026. The parties have not yet filed the letter. It is hereby

**ORDERED** that the parties file the status letter by **October 28, 2026**.

Dated: October 26, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE