# THE SAMUEL LAW FIRM

ATTORNEYS AT LAW

1441 BROADWAY, SUITE 6085, NEW YORK, NY 10018

PHONE: (212) 563-9884 | FAX: (212) 563-9870 | michael@thesamuellawfirm.com

MICHAEL SAMUEL
ADMITTED IN NY

November 4, 2026

*Via ECF; Total Pages: 1*
Hon. Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1106
New York, New York 10007

***RE:*** ***Martinez v. IOB Realty, Inc. et al***
**Docket No. 1:26-cv-03301-LGS**

Dear Judge Schofield:

This office represents defendants IOB Realty, Inc. and Backthree Inc. ("Defendants") in the above-referenced matter.

Pursuant to the Court's Order dated October 29, 2026 (ECF No. 23), Defendants were directed to respond to Plaintiff's Letter Motion for Local Rule 37.2 Conference by November 4, 2026.

Pursuant to Rule I(B)(3) of Your Honor's Individual Rules, the undersigned respectfully requests a short two-days extension to November 6, 2026, to file this response.

There have been no previous requests for an extension of this deadline, and the proposed extension will not affect any other court appearance or deadline.

We appreciate the Court's attention and courtesies as to this matter.

Respectfully submitted,

By: */s/ Michael Samuel*
Michael Samuel, Esq.
The Samuel Law Firm
*Attorneys for Defendants*

Application **GRANTED**. Defendants shall file their response by **November 6, 2026**. Moving forward, Defendants are advised to abide by Individual Rule I.B.3 when seeking extensions.

The Clerk of Court is respectfully directed to terminate Dkt. 25.

Dated: November 5, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE